Name (Bar No.): _____

Firm: _____

Address: _____

Telephone: _____

Email: _____

*Attorney(s) for* _____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| _____, | |
|---|---|
| Plaintiff, | MOTION FOR PRO HAC VICE ADMISSION |
| v. | |
| | CASE NO: 2:21-cv-00582-DAO |
| _____, | |
| Defendant. | |

I move for the pro hac vice admission of _____ (Applicant) as counsel for _____, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

is not a member of the Utah State Bar.

does not maintain a law office in Utah.

has not been admitted pro hac vice in any case in this district in the previous 5 years.

If the Applicant has been admitted pro hac vice in other cases in this district during the previous 5 years, please complete the following section(s):

In the previous 5 years, the Applicant has been admitted pro hac vice in the following cases in this district (include case name and number):

_____

_____

_____

If the Applicant has been admitted pro hac vice in more than 3 unrelated cases in the previous 5 years, the Applicant offers the following reason(s) for failing to seek admission to the Utah State Bar:

_____

_____

_____

DATED:_____.

/s/ *Randy T. Austin*
Signature