Randy T. Austin (6171)
Justin W. Starr (10708)
Michael D. Johnston (11273)
Kirton McConkie
36 S. State St., Ste. 1900
Salt Lake City, UT 84111
(801) 328-3600
raustin@kmclaw.com
jstarr@kmclaw.com
mjohnston@kmclaw.com

Steven B. Andersen, *admitted pro hac vice*
Haley K. Krug, *admitted pro hac vice*
Kirton McConkie
999 W. Main St., Ste. 100
Boise, ID 83702
(208) 370-3325
sandersen@kmclaw.com
hkrug@kmclaw.com

*Attorneys for Plaintiff, The Church of Jesus Christ of Latter-day Saints*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; AND ACE PROPERTY AND CASUALTY INSURANCE CO.,<br><br>Defendants. | **PLAINTIFF'S JURY DEMAND**<br><br>Case No. 2:21-cv-00582-DAO |

Plaintiff, The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, by counsel and pursuant to FEDERAL RULE OF CIVIL PROCEDURE 38(b), respectfully requests a trial by jury in the above-captioned action on all issues so triable.

**PLAINTIFF'S JURY DEMAND** - 1

DATED this 14th day of December, 2021.

                                        KIRTON MCCONKIE PC

                                        /s/  Haley K. Krug
                                        Haley K. Krug

                                        *Attorneys for Plaintiff, The Church of Jesus Christ of Latter-Day Saints*

**PLAINTIFF'S JURY DEMAND** - 2