AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and ACE PROPERTY AND CASUALTY INSURANCE CO.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-cv-00582-TC-CMR

IT IS ORDERED AND ADJUDGED

That judgment is granted in favor of the Defendants and against the Plaintiff.

March 28, 2025

*Date*

BY THE COURT:

*Tena Campbell*

Tena Campbell
United States District Judge